## No. 5751.

NEW ORLEANS MECHANICS' SOCIETY VS. W. H. HARRIS, TAX COL.

If the appellee wishes to demand damages, he must file his answer to the appeal at least three days before that fixed for the hearing.

The Fisk Library, and the lot and building which constitute the capital stock of the library association, are exempt from taxation under the Act of 1871, exempting "the capital stock of library institutions, library associations, and public lyceums."

APPEAL from the Superior District Court of New Orleans. HAWKINS, J.

*Merrick, Race & Foster* and *A. & W. Voorhies* for Plaintiff Appelant. *Egan,* Assistant Attorney-General, for Defendant.

MARR, J., delivered the opinion reversing the judgment.